**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

HERBERT INGRAM, Individually and on
behalf of all others similarly situated,

                Plaintiff,

vs.

HEALTH MANAGEMENT ASSOCIATES,
INC., WILLIAM J. SCHOEN, JOSEPH V.
VUMBACCO, and ROBERT E. FARNAM,

                Defendants.
_____/

Case No. 2:07-cv-529-FtM-34SPC
Consolidated Cases

**DEFENDANTS' PARTIAL OPPOSITION TO**
**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF**
**MOTION TO APPOINT INTERIM LEAD COUNSEL COMMITTEE**

        On November 20, 2007, Herbert Ingram, Dawn M. O'Connor, and Janet Freeman (collectively, "ERISA Plaintiffs") filed their Unopposed Second Motion to Consolidate ERISA Cases, Appoint an Interim Lead Counsel Committee and Interim Liaison Counsel and for Entry of Pretrial Order No. 1 (the "ERISA Plaintiffs' Motion to Consolidate"). Defendants did not oppose the appointment of the Committee and Liaison Counsel. On May 30, 2008, ERISA Plaintiffs filed their Supplemental Brief In Support of Motion to Appoint Interim Lead Counsel Committee ("Supp. Br."). That `Supplemental filing includes the following statement: "should the Court so desire, we will provide quarterly reports to the Court detailing all work done in the litigation on an ongoing basis." Supp. Br. at 6. For the reasons set forth below, Defendants oppose ERISA Plaintiffs'

suggestion that the Court establish a procedure for Plaintiffs to provide quarterly reports detailing their work done in the litigation.

First, there simply is no need for such reporting to the Court: experience with the ordinary course of complex litigation in federal courts clearly so demonstrates.[1] Second, while ERISA Plaintiffs extol the virtues of adding efficiency to this matter, they do not address how adding quarterly reporting would enhance efficiency or minimize attorneys' fees. Indeed, ERISA Plaintiffs do not address at all either the purpose to be served by, or the additional burdens for the parties and the Court that would result from, a requirement of quarterly reporting by ERISA Plaintiffs' counsel. Presumably, the purpose would be to have the Court monitor the activities performed by the various members of the proposed Interim Lead Counsel Committee in connection with the case. This would impose an additional burden upon the Court, with little likelihood that such reports would enable the Court to discern whether the work was being performed more efficiently through a committee. More important, any such reporting certainly could not be *ex parte*, but would have to be with notice to Defendants' counsel and afford Defendants' counsel the opportunity to make responsive submissions if they objected to any of the content of the ERISA Plaintiffs' reports. In short, the burdens of any such quarterly reporting procedure upon the Court and all parties would far outweigh any conceivable theoretical

---

[1] The ERISA Plaintiffs offer no support for their suggestion, and the undersigned counsel for Defendants have yet to be involved in a class action where the court provided for such reporting. Notably, counsel for Defendants in this action also acted as counsel for certain defendants in In re Tyco Int'l, Ltd. Sec. Litig., which ERISA Plaintiffs cite (at 3) for the proposition that courts often approve a multiple-lead firm structure. The court in that case did not provide for plaintiffs to submit reports detailing work done in the litigation; and to our knowledge, no such reports were submitted.

benefits.  Clearly, the interests of judicial economy would not be served by adopting the ERISA Plaintiffs' suggestion for such quarterly reporting.

WHEREFORE, Defendants respectfully request that the Court reject ERISA Plaintiffs' suggestion that the Court establish a quarterly reporting procedure detailing work done by the ERISA Plaintiffs' counsel in the litigation.

Dated:  June 6, 2008

Respectfully submitted,

s/ Christopher R.J. Pace
Christopher R.J. Pace
Fla. Bar No. 721166
Christopher.pace@weil.com
Edward R. McCarthy
Fla. Bar No. 683701
Edward.mccarthy@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida  33131
Telephone:  (305) 577-3100
Facsimile: (305) 374-7159

Irwin H. Warren
Irwin.warren@weil.com
Mark. A. Jacoby
Mark.jacoby@weil.com
Miranda S. Schiller
Miranda.schiller@weil.com
Millie Warner
Millie.warner@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel not authorized to receive electronically Notices of Electronic Filing.

                                                        s/Edward R. McCarthy
                                                        Edward R. McCarthy

## SERVICE LIST

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| Chris A. Barker<br>cbarker@barkerrodemsandcook.com<br>William J. Cook<br>wcook@barkerrodemsandcook.com<br>BARKER, RODEMS & COOK, P.A.<br>400 North Ashley Drive, Suite 2100<br>Tampa, Florida  33602<br>Telephone:  (813) 489-1001<br>Facsimile:  (813) 489-1008 | Christopher R.J. Pace<br>Christopher.pace@weil.com<br>Edward R. McCarthy<br>Edward.mccarthy@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, Florida  33131<br>Telephone:  (305) 577-3100<br>Facsimile:  (305) 374-7159 |
| Victor Stephen Cohen<br>scohe@wsmslaw.com<br>Joseph T. King<br>jtking@wsmslaw.com<br>WILLIAMS, SCHIFINO, MANGIONE & STEADY, PA<br>201 N. Franklin Street – Ste 2600<br>P.O. Box 380<br>Tampa, Florida  33601-0380<br>Telephone:  (813) 221-2626, ext. 237<br>Facsimile:  (813) 221-7335 | Irwin H. Warren<br>Irwin.warren@weil.com<br>Mark A. Jacoby<br>Mark.jacoby@weil.com<br>Miranda S. Schiller<br>Miranda.schiller@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000 |
| Joseph H. Meltzer<br>Edward w. Ciolko<br>Katherine B. Bornstein<br>Joseph T. King<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  (610) 667-7706<br>Facsimile:  (610) 667-7056 | |

| | |
|---|---|
| Robert A. Izard<br>firm@snilaw.com<br>SCHATZ NOBEL IZARD, P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br>Telephone:  (860) 493-6292<br>Facsimile:  (860) 493-6290 | |
| Derek W. Loeser<br>dloeser@kellerrohrback.com<br>Erin M. Riley<br>eriley@kellerrohrback.com<br>Lynn L. Sarko<br>lsarko@kellerrohrback.com<br>KELLER ROHRBACK<br>1201 3rd Avenue, Suite 3200<br>Seattle, WA  98101-3052<br>Telephone:  (206) 623-1900<br>Facsimile: (206) 623-3384 | |
| Ron Kilgard<br>rkilgard@kellerrohrback.com<br>KELLER ROHRBACK<br>3101 N. Central Avenue, Suite 1400<br>Phoenix, AZ  85012<br>Telephone:  (602) 248-0088<br>Facsimile:  (602) 248-2822 | |