**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| HERBERT INGRAM, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HEALTH MANAGEMENT ASSOCIATES, INC., WILLIAM J. SCHOEN, JOSEPH V. VUMBACCO and ROBERT E. FARNHAM,<br><br>　　　　　　　Defendants. | Case No. 2:07-cv-529-FtM-34SPC<br><br>Consolidated Cases |

**PLAINTIFF DECOSMO'S RESPONSE TO PLAINTIFFS INGRAM, O'CONNOR AND FREEMAN'S MOTION TO APPOINT A LEAD COUNSEL COMMITTEE**

Plaintiff Janet DeCosmo ("Plaintiff"), by and through her undersigned counsel, hereby responds to the Motion to Appoint Lead Counsel Committee, Appoint Interim Liaison Counsel, and for Entry of Pretrial Order No. 1 (the "Lead Counsel Motion") of plaintiffs Herbert Ingram, Dawn O'Connor and Janet Freeman.[1]

On November 13, 2007, Plaintiff DeCosmo, by and through her counsel, filed an action[2] against Health Management Associates, Inc. ("HMA" or the "Company") and certain HMA employees. On May 14, 2008, the Court consolidated Plaintiff's action with the Ingram, O'Connor and Freeman actions because they involved common questions of law and fact.[3] In the same order, the Court directed counsel seeking entry of Pre-Trial Order No. 1 to explain why the appointment of an Interim Lead Counsel Committee is appropriate in this case. After receiving the supplemental brief, on August 1, 2008, the Court provided Plaintiff DeCosmo the opportunity to respond to the Lead Counsel Motion.

Counsel for Plaintiff DeCosmo has consulted with the proposed Interim Lead Counsel, Schiffrin Barroway Topaz & Kessler, LLP, and is satisfied that the class counsel structure described in the Lead Counsel Motion will permit the effective and efficient prosecution of the consolidated action while giving all plaintiffs and all plaintiff's counsel, including Plaintiff DeCosmo and her counsel, the opportunity to participate meaningfully in the prosecution of the action.

---

[1] Plaintiffs Ingram, O'Connor and Freeman moved this Court to appoint Schiffrin Barroway Topaz & Kessler, LLP as Interim Lead Counsel Committee Chair, Schatz Nobel Izard, PC and Keller Rohrback L.L.P. as Interim Lead Counsel Committee members and Barker, Rodems & Cook, P.A. as Interim Liaison Counsel.

[2] *DeCosmo v. Health Management Associates, Inc. et al.*, C.A. No. 07-cv-00741.

[3] *Ingram v. Health Management Associates, Inc. et al.*, C.A. No. 07-cv-529; *Freeman v. Health Management Associates, Inc. et al.*, C.A. No. 07-cv-673; *O'Connor v. Health Management Associates, Inc. et al.*, C.A. No. 07-cv-683.

DATED:  August 8, 2008         Respectfully Submitted,

**BARKER, RODEMS & COOK, P.A.**

 **/s/ Chris A. Barker**
Chris A. Barker, Esq.
FL Bar No. 885568
400 North Ashley Drive, Suite 2100
Tampa, FL  33602
Telephone:  (813) 489-1001
Facsimile:  (813) 489-1008

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Mark C. Rifkin
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

**LAW OFFICES OF MARC HENZEL**
Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone:  (610) 660-8000
Facsimile:  (610) 660-8080

*Attorneys for Plaintiff  DeCosmo*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 8, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to registered CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

 **/s/ Chris A. Barker**
Chris A. Barker, Esquire