UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HERBERT INGRAM, individually,
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                      CASE NO: 2:07-cv-529-UA-DNF

HEALTH MANAGEMENT ASSOCS.,
INC., WILLIAM J. SCHOEN,
JOSEPH V. VUMBACCO, and
ROBERT E. FARNHAM,

    Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier issued May 20, 2009, at docket 58, to which no timely objections have been interposed, together with the court file, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Court adopts, confirms, and approves in all respects Judge Frazier's Report and Recommendation.

    2)    The Court appoints on behalf of the Plaintiffs an Interim Lead Counsel Committee composed of the following: (1) Schiffrin Topaz & Kessler, LLP, as the Interim Lead Counsel Committee Chair; (2) Schatz Nobel, Izard, PC, and Keller

Rohrback, LLP, as Interim Lead Counsel Committee members; and (3) Barker, Rodems & Cook, P.A., as Interim Liaison Counsel.

**DONE AND ORDERED** at Tampa, Florida, on June 10, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record